IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAIRON JOSE PERSAUD ALIN            :
                                    :
            Petitioner,             :    3:26-cv-1782
                                    :    (JUDGE MARIANI)
    v.                              :
                                    :
WARDEN, PIKE COUNTY                 :
CORRECTIONAL FACILITY               :
                                    :
            Respondent.             :

## ORDER

AND NOW, THIS ___*13th*___ DAY OF JULY 2026, upon consideration of Petitioner

Nairon Jose Persaud Alin's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241 (Doc. 1), Respondent's response (Doc. 6), and for the reasons set forth in the

accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner's habeas petition is **GRANTED**.

2.  Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Nairon Jose Persaud

    Alin from the custody of the Warden of the Pike County Correctional Facility, who

    has immediate physical custody of Petitioner.

3.  Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

    declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday July**

    **16, 2026, at 5:00 P.M.** confirming that Petitioner Nairon Jose Persaud Alin has been

    released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Nairon Jose Persaud Alin pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge